IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00212-RPM-CBS

SHIRLEY A. CHAMBERS,

    Plaintiff,

v.

AQUILA, INC.,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    On August 4, 2008, Plaintiff filed a motion to amend the complaint (*doc. # 19*). This court entered a minute order on August 4th setting a response date of August 18, 2008.

    A review of the docket and file in this matter indicates that no objections or responses have been filed in compliance with the court's minute order. Therefore, it is hereby **ORDERED** that Plaintiff's "Motion Pursuant to FED.R.CIV.P. 15(a)" (*doc. # 19)* is **GRANTED**.

**DATED:**    August 22, 2008