IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00212-RPM-CBS

SHIRLEY A. CHAMBERS,

    Plaintiff,

v.

AQUILA, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint [Second] Motion to Amend Scheduling Order to Extend Discovery Cutoff Date and Dispositive Motion Deadline (*doc. #40)* is GRANTED. The discovery deadline is extended to **March 16, 2009** and the dispositive motion deadline is extended to **April 16, 2009**.

    IT IS FURTHER ORDERED that the final pretrial conference is **RESET** to **August 20, 2009 at 9:15 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are instructed to submit a proposed final pretrial order no later than 5 days prior to the scheduled conference.

**DATED:**    February 9, 2009