IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00212-RPM

SHIRLEY A. CHAMBERS,

    Plaintiff,

v.

AQUILA, INC.,

    Defendant.

_____

ORDER WITHDRAWING ORDER OF REFERENCE
_____

On April 29, 2008, this Court entered and Order of Reference to Magistrate Judge Craig B. Shaffer for all matters in this civil action through the entry of a pretrial order. On April 16, 2009, the defendant filed a motion for summary judgment. To conserve judicial resources, it is now

ORDERED that the Order of Reference is vacated.


DATED: April 16, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge