# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                    January 19, 2010
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 08-cv-00212-RPM

SHIRLEY A. CHAMBERS,                                    James A. Carleo

      Plaintiff,

v.

AQUILA, INC.,                                           Christi H. Vaglio
                                                        Jeffrey D. Whitney

      Defendant.

_____

# COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**1:52 p.m.**          **Court in session.**

Court's preliminary remarks.

Ms. Vagilio states Aquila, Inc. is a publicly held corporation solely owned.

Court states its understanding of the case facts and claims.

2:09 p.m.          Mr. Carleo states the plaintiff is withdrawing her age discrimination claim.

**ORDERED:**     **Plaintiff's Second Claim for Relief for Age Discrimination is withdrawn.**

Argument by Mr. Carleo.

2:17 p.m.          Argument by Ms. Vaglio.

2:24 p.m.          Rebuttal argument by Mr. Carleo.

Court's findings as stated on record.

**ORDERED:**     **Defendant's Motion for Summary Judgement, filed April 16, 2009 [43], is granted.**

**ORDERED:**     **Plaintiff's Motion for Summary Judgment, filed April 16, 2009 [45], is denied.**

**2:32 p.m.**          **Court in recess.**

Hearing concluded.  Total time: 42 min.