IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00212-RPM

SHIRLEY A. CHAMBERS,

    Plaintiff,

v.

AQUILA, INC.,

    Defendant.

___

## ORDER FOR JUDGMENT FOR DEFENDANT

___

    Pursuant to the Court's oral statement of undisputed facts and for the reasons stated by the Court at the hearing held today on the cross motions for summary judgment, it is

    ORDERED that judgment will enter for the defendant dismissing this civil action with costs.

    Dated: January 19th, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge